**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 95-7997**

―――――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BERNARD DUPLESSIS,

Defendant - Appellant.

―――――――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CR-91-51-A)

―――――――――――――

Submitted:  April 16, 1996      Decided:  May 20, 1996

―――――――――――――

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

―――――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――――

Bernard Duplessis, Appellant Pro Se.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion to reduce his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Duplessis</u>, No. CR-91-51-A (E.D. Va. Nov. 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>